IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

JULIE A. GREENE                      )
and MICHAEL W. MACE,                 )
                                     )
              Plaintiffs,            )    TC-MD 130024D
                                     )
       v.                            )
                                     )
DEPARTMENT OF REVENUE,               )
State of Oregon,                     )
                                     )
                                     )
              Defendant.             )    **DECISION**

Plaintiffs appealed Defendant's Notices of Deficiency Assessment for tax years 2008 and 2009.

Defendant filed a Motion to Dismiss Plaintiffs' appeals on February 26, 2013.

In its Order filed March 18, 2013, the court denied Defendant's Motion to Dismiss Plaintiffs' appeal of the 2008 tax year and granted Defendant's Motion to Dismiss Plaintiffs' appeal of the 2009 tax year.

On April 16, 2013, the parties filed a Stipulated Agreement for the 2008 tax year, stating that Plaintiffs' agree to a "tax-to-pay: $6,953 plus statutory penalty of $1,098 and interest as applicable." Now, therefore,

IT IS THE DECISION OF THIS COURT that Plaintiffs' tax-to-pay for the 2008 tax year is $6,953 plus statutory penalty of $1,098 and statutory interest.

/ / /

/ / /

/ / /

/ / /

IT IS FURTHER DECIDED that Plaintiffs' appeal of the 2009 tax year is dismissed.

Dated this ___ day of April 2013.

_____
JILL A. TANNER
PRESIDING MAGISTRATE

*If you want to appeal this Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within <u>60</u> days after the date of the Decision or this Decision becomes final and cannot be changed.*

*This Decision was signed by Presiding Magistrate Jill A. Tanner on April 17, 2013. The court filed and entered this Decision on April 17, 2013.*